IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZION MILLER,** *et al.*                                                                                               **PLAINTIFFS**

**v.**                      **CASE NO. 4:22-CV-00574-BSM**

**LITTLE ROCK POLICE
DEPARTMENT,** *et al.*                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE